# EXHIBIT "A"

|  | CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
|  | This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2023-04229 |

Illinois Department of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs., Mx.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Elizabeth Eberlin | | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| c/o Mohammed Badwan, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 (mbadwan@sulaimanlaw.com) | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Illinois Street Development LLC d/b/a Molly's Cupcakes | 15+ | 312-600-6323 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 419 E Illinois St. | Chicago, IL 60611 | Unknown |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER *(Specify below.)* Sexual Orientation

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: March, 2022     Latest: Feb., 2023
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I, Elizabeth Eberlin, was hired at Illinois Street Development LLC d/b/a Molly's Cupcakes as a Supervisor in or around February, 2022 until I was unlawfully terminated on or around February, 2023, on the basis of my sex (female) and for opposing sexual harassment.

The following is a non-exhaustive list of incidents of the sex discrimination, sexual harassment and retaliation I was subjected to:

In or around March, 2022, I began being sexually harassed by my coworker Josh (last name unknown) (male). He would hover over me, touch me inappropriately, and hug me without my consent. Despite repeatedly requesting that he stop, the harassment grew worse. He started forcing me to look at naked pictures of himself while we were working together. Unfortunately, I was not alone- he sexually harassed multiple other coworkers as well, including underage females.

Many coworkers came forward and reported Josh's behavior to the Employer. My boss, Bindu Illuri, acknowledged that she was aware of his inappropriate behavior, but never took any remedial action against him for his unlawful sexual harassment and discrimination. All of his accusers (including myself) were still made to work with him and be subjected to his harassment/assaults on a daily basis.

EEOC Rec'd Date: 2/28/23

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>02 / 27 / 2023<br>_____        _____<br>Date                                  Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Doc ID: de38f5fdeec714fcdd1343d33188c799473b23d2

|  | CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2023-04229 |
|---|---|---|---|
|  | Illinois Department of Human Rights |  | and EEOC |
|  | *State or local Agency, if any* |  |  |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

It was discovered that Josh even had sex with a coworker in the refrigerator at work. The female coworker was fired but Josh remained employed.

Josh left on his own around August, 2022.

In or around August, 2022 through October of 2022, Supervisor Octavia (last name unknown) began to sexually harass me. She would touch and grab my butt. I asked her to stop and told her that it made me uncomfortable but she continued to do it. I reported the sexual harassment via Google Survey at work but again my reports and complaints were ignored.

On or around February 10, 2023, Supervisor Octavia continued to sexually harass me and also began to harass me on the basis of my sexual orientation. I had enough and reported the sexual harassment directly to my boss, Bindu Illuri. Supervisor Octavia has also sexually harassed and assaulted minors within the workplace and we reported the discrimination, harassment and assaults to Bindu Illuri, however, our complaints and reports were ultimately ignored.

The very next day, on February 11, 2023, my employment was terminated via text message stating that I have a "propensity for gossip" and that I was creating a "toxic work environment" by reporting the harassment. The Employer unlawfully retaliated against me for engaging in a protected activity.

I was subjected to sexual harassment and sex discrimination to the point that I reported it to Human Resources ("HR"). HR not only ignored my complaints of sexual harassment but HR ultimately terminated my employment in retaliation for filing my complaint of sexual harassment.

Thus, I have been discriminated against on the basis of my sex (female) and sexual orientation, was subjected to sexual harassment and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended and (775ILCS 5/) Illinois Human Rights Act.

EEOC Rec'd Date: 2/28/23

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 02 / 27 / 2023<br>_____      _____<br>Date                            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Doc ID: de38f5fdeec714fcdd1343d33188c799473b23d2

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA, or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Doc ID: de38f5fdeec714fcdd1343d33188c799473b23d2